IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02066-GPG

SAIN ALEJANDRO FLORES ELACIOS,

    Applicant,

v.

LORETTA LYNCH, Attorney General of the United States,
JEH JOHNSON, Secretary of Homeland Security,
JOHN SUTHERS, U.S. Attorney General for Colorado,
JOHN MORTON, U.S.D.H.S. Director of ICE,
JOHN LONGSHORE, Field Office Director U.S. ICE in Colorado, and
CORINA E. ALMEIDA, Chief Counsel for D.H.S. - ICE,

    Respondents.

ORDER TO FILE PRELIMINARY RESPONSE

    Applicant, Sain Alejandro Flores Elacios, alleges that he is in the custody of federal immigration authorities. He has filed *pro se* an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. (ECF No. 1). Applicant has paid the $5.00 filing fee.

    As part of the preliminary consideration of th Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 in this case and pursuant to *Keck v. Hartley*, 550 F. Supp. 2d 1272 (D. Colo. 2008), the Court has determined that a limited Preliminary Response is appropriate. Respondents are directed pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts to file a Preliminary Response limited to addressing the affirmative defense of exhaustion of administrative remedies under *Garza v. Davis*, 596 F.3d 1198, 1203 (10th Cir. 2010), **as well as any**

**jurisdictional issues**.  If Respondents do not intend to raise the affirmative defense, Respondents must notify the Court of that decision in the Preliminary Response. Respondents may not file a dispositive motion as a Preliminary Response, or an Answer, or otherwise address the merits of the claims in response to this Order.

In support of the Preliminary Response, Respondents should attach as exhibits all relevant portions of the administrative record, including but not limited to copies of all documents demonstrating whether Applicant has exhausted administrative remedies.

Applicant may reply to the Preliminary Response and provide any information that might be relevant to the exhaustion of administrative remedies.  Accordingly, it is

ORDERED that **within twenty-one (21) days from the date of this Order** Respondents shall file a Preliminary Response that complies with this Order.  It is

FURTHER ORDERED that **within twenty-one (21) days of the filing of the Preliminary Response** Applicant may file a Reply, if she desires.  It is

FURTHER ORDERED that if Respondents do not intend to raise the affirmative defense of exhaustion of administrative remedies, Respondents must notify the Court of that decision in the Preliminary Response.  It is

Dated:  September 22, 2015

BY THE COURT:

  s/ Gordon P. Gallagher
United States Magistrate Judge